1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT L. CONLEY,

11          Petitioner,           No. CIV S-06-2651 MCE EFB P

12     vs.

13  DERRAL G. ADAMS, Warden, et al.,

14          Respondents.     <u>ORDER</u>

15  _____/

16       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

17  corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18       Examination of the in forma pauperis application reveals that petitioner is unable to

19  afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

20  granted.  *See* 28 U.S.C. § 1915(a).

21       He has requested that the court appoint counsel.  There currently exists no absolute right

22  to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th

23  Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if the interests

24  of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

25  Section 2254 Cases.  The court does not find that the interests of justice would be served by the

26  appointment of counsel at this stage of the proceedings.

1   Since petitioner may be entitled to relief if the claimed violation of constitutional rights is

2   proved, respondents will be directed to file a response to petitioner's habeas petition.

3   Accordingly, it hereby is ORDERED that:

4   1.  Petitioner's application to proceed in forma pauperis is granted;

5   2.  Respondents are directed to file a response to petitioner's habeas petition within thirty

6   days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

7   be accompanied by all transcripts and other documents relevant to the issues presented in the

8   petition.  *See* Rule 5, Fed. R. Governing § 2254 Cases;

9   3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be

10  filed and served within thirty days after service of the answer;

11  4.  If the response to the habeas petition is a motion, petitioner's opposition or statement

12  of non-opposition to the motion shall be filed and served within thirty days after service of the

13  motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

14  and

15  5.  The Clerk of the Court shall serve a copy of this order together with a copy of the

16  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

17  Senior Assistant Attorney General.

18  6.  Petitioner's November 21, 2006 request for appointment of counsel is denied without

19  prejudice.

20  DATED:   December 12, 2006.

21

22  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26