IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. CONLEY,

      Petitioner,                     No. CIV S-06-2651 MCE EFB P

      vs.

DERRAL G. ADAMS, Warden, et al.,

      Respondents.              ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 2, 2007, petitioner filed a motion to compel the issuance of the requested writ or an order to show cause why relief should not be granted. On March 28, 2007, respondents filed a request to file a belated reply, which was later filed on April 6, 2007.

      In his motion, petitioner argues that his petition for writ of habeas corpus should be granted because respondent exceeded the 15 days within which to file a reply to petitioner's opposition to respondent's motion to dismiss. Petitioner is advised that the filing of a reply brief is optional, and the belated filing of a reply is therefore no basis upon which to issue a writ.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's March 2, 2007, motion to compel and request for order to show cause is denied;

1

2. Respondents' March 28, 2007, request to file a belated reply is granted; and

3. Respondents' April 6, 2007, reply is deemed timely filed.

Dated: May 21, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE