IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. CONLEY

      Petitioner,                    No. CIV S-06-2651 MCE EFB P

    vs.

DERRAL G. ADAMS, Warden, et al.,

      Respondents.           ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This action proceeds on the November 21, 2006 petition. Respondents move to dismiss this action upon the ground petitioner failed to exhaust state remedies. Petitioner opposes, arguing that he has exhausted state court remedies regarding his original sentencing, review of which resulted only in partial relief. Pet.'s Opp'n at 2. Petitioner is currently attacking his re-sentencing in state court, but that re-sentencing is not at issue here.

      In an abundance of caution, the court directs the parties to file supplemental briefing in which they identify more specifically what has been exhausted, what is at issue in the instant petition, and what remains to be exhausted.

/////

////

1

1      Accordingly, IT IS HEREBY ORDERED that respondents and petitioner are directed to
2 file supplemental briefing, in accordance with the above, within ten days of the service of this
3 order.

4 Dated: August 14, 2007.

*signature*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2