IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. CONLEY,

    Petitioner,                      No. CIV S-06-2651 MCE EFB P

    vs.

DERRAL G. ADAMS, Warden, et al.,

    Respondents.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 23, 2007, petitioner requested an extension of time to file and serve his supplemental briefing pursuant to the court's August 14, 2007 order. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's August 23, 2007, request is granted and petitioner shall file and serve his supplemental briefing on or before October 22, 2007.

DATED: September 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE