IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. CONLEY,

        Petitioner,                        No. CIV S-06-2651 MCE EFB P

    vs.

DERRAL G. ADAMS, Warden, et al.,

        Respondents.                   <u>ORDER</u>

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 1, 2007, respondents moved to dismiss on the grounds that direct review of petitioner's claims are still pending and federal review of the state judgment is premature. Petitioner opposed, arguing that he has exhausted state court remedies regarding his original sentencing, review of which resulted only in partial relief. In an abundance of caution, the court directed the parties to file supplemental briefing detailing what has been exhausted, what is at issue in the instant petition, and what remains to be exhausted. Respondents filed their supplemental briefing on August 16, 2007. On August 23, 2007, petitioner requested an enlargement of time. The court granted that request by order filed September 17, 2007, giving petitioner until October 22, 2007, to file his supplemental briefing. Petitioner has not complied with the court's order.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner show good cause, within 15
2  days from service of this order, why this petition should not be dismissed for failure to comply
3  with the court's earlier order and for failure to prosecute. Failure to respond to this order will
4  result in a recommendation that this action be dismissed.
5  Dated: November 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE